IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IMHOTEP JORDAN, SR.,

    Plaintiff,                    No. 2: 11-cv-1961 WBS GGH P

    vs.

VICTORIA MINOR,

    Defendant.                <u>ORDER</u>

_____/

        On February 1, 2012, plaintiff filed a "letter to the court"; on February 6, 2012, plaintiff filed a "notice of filing intent"; and on August 1, 2012, plaintiff filed a document entitled, in part: "legal evidentiary grounds" for the court's orders to be vacated based on "the court's lack of personal and subject matter jurisdiction" leading to "abrogation of the God vested right to due process and equal protection" to which plaintiff is entitled as "a free born, free thinking, breathing, living, flesh and blood, God created, sovereign sentient being... ."

        This civil rights action was closed on December 23, 2011. Plaintiff's filings do not appear to be among those contemplated by the Federal Rules of Civil or Appellate Procedure.

\\\\\

\\\\\

\\\\\

1

1  Therefore, these documents will be placed in the file and disregarded, as will any future filings
2  by plaintiff in this matter.
3            IT IS SO ORDERED.
4  DATED: August 20, 2012

6            /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

GGH:009
jord1961.58ggh